83,739-01 ∧

Trial Court Cause NO: 114-0252-13

This document contains some pages that are of poor quality at the time of imaging.

Craig Welvon Sawyer

V.

The State of Texas

In the Court

of Criminal Appeals

Austin, Texas

Office of the Clerk,

COURT

AUG 14 2015

Abel Acosta, Clerk

Dear Clerk,

    Please Find enclosed the Originals, entitled "Motion For Leave" and "Applicants Original Application For Writ of Mandamus".

    Please Present To the Court at your earliest Convenience.

    Thank you For your Time and Troubles In This matter.

Respectfully

Craig W. Sawyer

# 1882050
Michael Unit
2664 FM 2054
Tenn. Colony, TX.
    75886

(A)

Trial Court Cause No: 114-0252-13

| | |
|---|---|
| Craig Welvon Sawyer V. The State of Texas | In the Court of Criminal Appeals Austin, Texas |

## Motion For Leave

Applicant Craig Welvon Sawyer, Moves the Court For Leave To File The Attached Application For Writ of Mandamus, Pursuant To the Texas Rules of Appellate Procedure, Rule 72-1.

## Prayer

Applicant Prays this Honorable Court will Grant his Motion For Leave and Grant Applicant's Writ of Mandamus.

Respectfully

Craig W. Sawyer

(B)

Trial Count Cause NO: 114-0252-13

Craig Welvon Sawyer
V.
The State of Texas

In The Court
of Criminal Appeals
Austin, Texas

### Applicants Original Application
### For Writ of Mandamus.

To The Honorable Judge of Said Court:

Comes Now Craig Welvon Sawyer, Relator, Pro-Se in The Above Styled and Numbered Cause of Action and Files This Original Application For Writ of Mandamus.

Relator has exhausted his Remedies and has No Other adequate Remedy at Law.

Thus Relator brings Forth This Application For Writ of Mandamus and Ask this Honorable Court of Criminal Appeals To Grant this Writ of Mandamus.

### Procedural History

Applicant Filed A Writ of Habeas

[1]

ConPus, 11.07, into the 114th District Court in the above Cause Number in Smith County, Tyler, Texas, on June 18th 2015, But Never heard Nothing. Applicant then wrote to the Clerk of the 114th District Court on July 30th 2015, and as of August 9th, 2015 Applicant has Never Gotten any Response From the Court.

Since the Trial Court did Not Respond as require by Law of 35 days, Applicant is requesting this Honorable Court of Criminal Appeals to issue this Writ of Mandamus To Compel the 114th District Court To reply To his Writ of Habeas ConPus.

## Prayer

Wherefore Premesies Considered Applicant Prays this Honorable Court of Criminal Appeals will Grant this Writ of Mandamus and Order the 114th District Court in Tyler, Texas To respond To his Writ of Habeas ConPus, 11.07.
So Prayed.

Respectfully

Craig W. Sawyer

## CERTIFICATE OF SERVICE

This is To Certify That on the below date the Originals entitled "Motion For Leave" and "Applicants Original Application For Writ of Mandamus" Was Placed in The U.S. Mail Box here on The Michaels unit, Postage Pre-Paid, addressed To ——

Clerk:

Texas Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Tx. 78711

Also a True and Correct Copies of The Above documents were Placed in The U.S. Mail Box on The Same below date, addressed To ——

Clerk:

Smith County Courthouse
4th Floor
100 North Broadway
Tyler, Tx. 75702

Respectfully,

*Craig W. Sawyer*

Date: August, 9th 2015

[3]